# LAW OFFICES
# JohnT.Orcutt



6616-203 Six Forks Road • Raleigh, NC 27615
(919) 847-9750 • fax (919) 847-3439

Dear Creditor:

Your receipt of the attached **Notice To Creditors of Proposed Plan** tells you that you have been listed as a creditor in a **Chapter 13** case that was recently filed with the **Bankruptcy Court** for the **Middle District of North Carolina**.

The **Notice To Creditors of Proposed Plan** contains valuable information concerning the proposed treatment of your claim.

In the next week or so (if you have not already received it), the Bankruptcy Court itself will mail you additional notice of the case, which contains the following information:

1. The name and address of **the Trustee**;
2. Your rights and obligations as a creditor; and,
3. The date, time and place of the **Meeting of Creditors**.

If you feel that you may have valid objections to this filing, or if you just have questions regarding the proposed handling of your debt under the **Chapter 13 plan**, you should **definitely attend** the creditors' meeting.

Soon after the arrival of the Court's notice, you will receive from the Chapter 13 Trustee further important materials, including the official form for filing your **Proof of Claim**. At this time, you will be advised of the following as well:

1. How to file your Proof of Claim; and,
2. What deadlines will apply in this particular case.

If after reviewing all of these documents, you still find yourself with unanswered questions or concerns, **please do NOT call us**. Due to our finite resources, it is simply impossible to respond to all of our clients' needs at the outset of their cases, while also taking the time to respond to a torrent of telephone calls from their creditors.

Instead, please check for information on the websites provided by the Bankruptcy Court and the Chapter 13 Trustee. The Court's website is located at www.ncmb.uscourts.gov and contains a copy of all documents filed by our office in this case. To find out how to gain access to the Trustee's website, please call the Trustee's office at 919-688-8065.

**If all else fails, we will accept and attempt to respond to all written inquiries. These can be mailed or faxed to us. Our mailing address and fax number are set out above.**

Please be advised that we represent our client(s). We are not allowed to give you legal advice or to otherwise advise you on your rights or how to handle your claim. We very much appreciate your patient consideration.

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Bryan Steven Autry and Crystal Dale Autry**
S.S. Nos.: xxx-xx-8823 and xxx-xx-3165
Mailing Address: 212 Hemlock Drive, Durham, NC 27705-

Case No. 09-80303

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on February 24, 2009.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: March 14, 2009

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 4/16/06)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 2/23/09 |
|---|---|
| Lastname-SS#: | Autry-8823 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| National City | | $1,270 | ** |
| | | | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| National City | 3 | $635 | N/A | n/a | $635.00 | House and Land |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Chrysler-Neg. Equity | 1 | $19,973 | 7.00 | $200 | $404.63 | 2007 Dodge Ram |
| Chrysler-Neg. Equity | 2 | $17,161 | 7.00 | $172 | $347.67 | 2006 Dodge Durango |
| | | | 7.00 | | | |
| | | | 7.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= | |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,511** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **5.17** months.

Sch D # The number of the secured debt as listed on Schedule D.
Adequate Protection - Monthly 'Adequate Protection' payment amt.
† - May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE

(Page 4 of 4)
Ch13Plan_MD_(New_DeSardi) (9/24/08) © John T. Orcutt

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

Case 09-80303   Doc 1   Filed 02/24/09   Page 31 of 67

## CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Free
Charlene Free

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Internal Revenue Service**
Post Office Box 21126
Philadelphia, PA 19114-0326

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Alliance One Receivables/Capital One
1160 Centre Point
Suite 1
Mendota Heights, MN 55120

American Coradius International/Chase
2420 Sweet Home Road
Suite 150
Buffalo, NY 14228-2244

Arrow Financial Services/GEMB
5996 West Touhy Avenue
Niles, IL 60714-4610

Chase
201 N. Walnut St
Wilmington, DE 19801

Chrysler Financial
Post Office Box 9223
Farmington, MI 48333-9223

Citifinancial Retail Services
P.O. Box 22060
Tempe, AZ 85285-2060

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

Creditors Financial Group/Chase
Post Office Box 440290
Aurora, CO 80044-0290

Dominion Law Associates
Attorneys & Counselors @ Law
222 Central Park Avenue
Virginia Beach, VA 23462-3026

EBI
Post Office Box 8500-41335
Philadelphia, PA 19178-1335

Frederick J Hanna & Associates/
1427 Roswell Road
Marietta, GA 30062

Hilco Receivables, LLC
5 Revere Drive, Suite 206
Northbrook, IL 60062

HSBC/Yamaha
90 Christiana Road
New Castle, DE 19720

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

LCA
Post Office Box 2240
Burlington, NC 27216-2240

MRS Associates, Inc./Chase
1930 Olney Avenue
Cherry Hill, NJ 08003

National City Mortgage
Post Office Box 1820
Dayton, OH 45401-1820

Washington Mutual
Post Office Box 660509
Dallas, TX 75266-0509

NCO Financial Systems, Inc.
(Capital One)
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc./Chase
507 Prudential Road
Horsham, PA 19044

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Orange County Tax Collector
200 South Cameron Street
Hillsborough, NC 27278

RCS (Duke University)
Post Office Box 1022
Wixom, MI 48393-1022

Sprint Nextel

Verizon
Post Office Box 26055
Minneapolis, MN 55426