IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>BRYAN STEVEN AUTRY<br>CRYSTAL GALE AUTRY<br>SSN: xxx-xx-8823<br>SSN: xxx-xx-3165<br>       DEBTORS | CASE NO. 09-80303<br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE

  Joseph J. Vonnegut, of The Law Firm of Hutchens, Senter & Britton, P.A., does herewith give notice of his appearance in the above-styled matter as attorney for PNC Mortgage, a division of PNC Bank, National Association successor by merger with National City Mortgage, a division of National City Bank.

  Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

| | | |
|---|---|---|
| PNC Mortgage, a division of PNC Bank, National Association successor by merger with National City Mortgage, a division of National City Bank c/o Joseph J. Vonnegut Bankruptcy Department P.O. Box 2505 Fayetteville, NC 28302 | PNC Mortgage, a division of PNC Bank, National Association successor by merger with National City Mortgage, a division of National City Bank represented by: | Joseph J. Vonnegut 4317 Ramsey Street P.O. Box 2505 Fayetteville, NC 28302 910-864-2668 910-864-6177 (fax) hsbbkydept@hutchensandsenter.com |

  This, the 15th day of April, 2010.

            THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

        BY: <u>s:/Joseph J. Vonnegut</u>
           Joseph J. Vonnegut
           Attorney for Movant
           4317 Ramsey Street
           Post Office Box 2505
           Fayetteville, NC 28302
           (910) 864-2668
           State Bar No. 32974

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Attorney for Debtors:
John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Chapter 13 Trustee
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

This, the 15th day of April, 2010.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

BY: s:/Joseph J. Vonnegut
Joseph J. Vonnegut
Attorney for Movant
4317 Ramsey Street
Post Office Box 2505
Fayetteville, NC 28302
(910) 864-2668
State Bar No. 32974